Certificate Number: 03088-PAE-DE-035277050

Bankruptcy Case Number: 16-11409



03088-PAE-DE-035277050

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 18, 2021, at 12:08 o'clock AM CST, Devin M Layton completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 18, 2021               By:    /s/Doug Tonne

                                       Name:  Doug Tonne

                                       Title: Counselor